## SMITH v. FT. LYON CANAL CO.

(Circuit Court of Appeals, Eighth Circuit. December 14, 1916.)

No. 4646.

In Error to the District Court of the United States for the District of Colorado; Robert E. Lewis, Judge.

Action by Clara V. Smith against the Ft. Lyon Canal Company. Judgment for defendant, and plaintiff brings error. Reversed.

John Campbell, of Denver, Colo. (A. H. Felker and John T. Barnett, both of Denver, Colo., on the brief), for plaintiff in error.

Henry A. Dubbs, of Denver, Colo. (Henry C. Vidal, of Denver, Colo., on the brief), for defendant in error.

Before SANBORN and CARLAND, Circuit Judges, and VAN VALKEN-BURGH, District Judge.

CARLAND, Circuit Judge. This case is ruled by our opinion in No. 4644 (Snowden v. Ft. Lyon Canal Co., 238 Fed. 495), this day filed. The judgment herein is reversed, and the case remanded, with instructions to overrule the demurrer with leave to the defendant to answer the complaint if it shall be so advised.